Robert A. Bleicher (SBN #111334)
David M. Gonden (SBN #154306)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
Email: david.gonden@hklaw.com

Attorneys for Plaintiff
APPLIED DATA SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED DATA SYSTEMS, INC., a Maryland corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNILECT CORPORATION, a California corporation; and JACK GERBEL, an individual,<br><br>Defendants. | Case No. C 07-03550 BZ<br><br>**MOTION TO APPROVE SETTLEMENT AGREEMENT AND FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>[FRCP Rule 41(a)(2)] |

**MOTION TO APPROVE SETTLEMENT AGREEMENT AND FOR VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, WITH A RIGHT TO REOPEN TO ENFORCE THE TERMS OF THE SETTLEMENT AGREEMENT AND TO REQUEST THE COURT TO ENTER A CONSENT JUDGMENT**

COME NOW Plaintiff Applied Data Systems, Inc. ("ADS") and Defendants Unilect Corporation ("Unilect") and Jack Gerbel ("Gerbel") and by and through their counsel of record, hereby file this Rule 41(a)(2) motion for the Court to approve the settlement agreement between the parties, attached hereto as Exhibit A, and dismiss this action, without prejudice, pursuant to the settlement agreement. The parties request that the Court issue an order approving the settlement agreement and dismissing the action without prejudice, and retaining jurisdiction over this action, to

-1-
MOTION FOR VOLUNTARY DISMISSAL

enforce the terms of the parties' settlement agreement and to enter a Consent Judgment, if necessary.

Respectfully submitted this 10th day of Sept., 2007

*[signature]*
David M. Gonden, Esq.
HOLLAND & KNIGHT LLP
Attorneys for Plaintiff
APPLIED DATA SYSTEMS, INC.

*[signature]*
Jack Gerbel

*[signature]*
Unilect Corporation
By: Jack Gerbel

# 4685289_v1

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

-2-
MOTION FOR VOLUNTARY DISMISSAL