David M. Gonden (SBN #154306)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
Email:david.gonden@hklaw.com

Attorneys for Plaintiff
APPLIED DATA SYSTEMS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED DATA SYSTEMS, INC., a Maryland corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNILECT CORPORATION, a California corporation; and JACK GERBEL, an individual,<br><br>Defendants. | Case No. C 07-03550 BZ<br><br>**NOTICE OF MOTION TO APPROVE SETTLEMENT AGREEMENT AND FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>[FRCP Rule 41(a)(2)]<br><br>Date: October 31, 2007<br>Time: 10:00 a.m.<br>Place: Ctrm. G, 15th Floor |

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 31, 2007, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom G of the above-entitled Court, located at 450 Golden Gate Avenue, 15TH Floor, San Francisco, California, 94102, Plaintiff, Applied Data Systems, Inc ("APS"), will, and hereby does, move the Court to dismiss the action without prejudice as follows:

Pursuant to Fed. Rule of Civ. Proc. Rule 41(a)(2), APS will move this Court to approve the settlement agreement between the parties, and dismiss this action, without prejudice, pursuant to the settlement agreement.

This Motion is based on this Notice of Motion, the Motion to Approve the Settlement Agreement and for Voluntary Dismissal Without Prejudice filed herewith, the pleadings and papers

1  on file herein, and upon such other matters as may be presented to the Court at or before the time of
2  hearing
3    Respectfully submitted this _11th_ day of _September_, 2007

5        David M. Gonden, Esq.
6        HOLLAND & KNIGHT LLP
         Attorneys for Plaintiff
7        APPLIED DATA SYSTEMS, INC.

9  # 4775345_v1

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910