# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

October 1, 2007

To:  **David M. Gonden**
**Robert A. Bleicher**
Holland & Knight LLP
50 California Street, Suite 2800
San Francisco, CA 94111

Re: Applied Data Systems Inc. v. Unilect Corp., et al. - C07-3550 BZ

Dear Sirs:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  Pursuant to U.S.C. 28 §636(c), each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within 5 calendar days.  Plaintiff's counsel will serve defendant's counsel with this letter. All forms are due within 5 calendar days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

/s/ Lashanda Scott
By:   Lashanda Scott
        Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd