UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

APPLIED DATA SYSTEMS, INC., a Maryland
corporation,

                Plaintiff(s),

    v.

UNILECT CORPORATION, a California
corporation; and JACK GERBEL, an
individual

                Defendant(s).

No. C 07-03550 BZ

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

     In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: September 25, 2007

                                        Signature

                                    Counsel for  Plaintiff Applied Data Systems
                                    (Plaintiff, Defendant or indicate "pro se")