UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED DATA SYSTEMS, INC., a Maryland corporation,<br><br>    Plaintiff(s),<br><br>v.<br><br>UNILECT CORPORATION, a California corporation; and JACK GERBEL, an individual<br>    Defendant(s). | No. C 07-03550 BZ<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: ~~September~~ OCTOBER 2, 2007

Signature: /s/ Jack Gerbel

Counsel for pro se Unilect Corporation
(Plaintiff, Defendant or indicate "pro se")