UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED DATA SYSTEMS, INC., a Maryland corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNILECT CORPORATION, a California corporation; and JACK GERBEL, an individual,<br><br>Defendants. | Case No. C 07-03550 BZ<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

**ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE, WITHOUT PREJUDICE**

THIS CAUSE came before the Court upon the Motion for Approval of Settlement Agreement and Voluntary Dismissal Without Prejudice With a Right to Reopen to Enforce the Terms of the Settlement Agreement and to Request the Court to Enter a Consent Judgment. IT IS HEREBY

ORDERED that the Motion is GRANTED. It is further

ORDERED that the Settlement Agreement is APPROVED. It is further

ORDERED that this action is dismissed without prejudice. It is further

ORDERED that the Court will retain jurisdiction over this action, until July 1, 2008 to enforce the terms of the parties' Settlement Agreement and to enter a Consent Judgment, if necessary.

Dated October 22, 2007

_____
United States District Judge

IT IS SO ORDERED
Judge Bernard Zimmerman

The hearing scheduled for October 31, 2007 at 10:00 a.m. is **VACATED**. No appearances are necessary.

# 4685319_v1

-1-

ORDER OF DISMISSAL