David M. Gonden (SBN #154306)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
Email: david.gonden@hklaw.com

Attorneys for Plaintiff
APPLIED DATA SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED DATA SYSTEMS, INC., a Maryland corporation, | Case No. C 07-03550 BZ |
| Plaintiff, | **NOTICE OF ENTRY OF ORDER** |
| vs. | |
| UNILECT CORPORATION, a California corporation; and JACK GERBEL, an individual, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that on October 22, 2007, the court entered an Order of Dismissal Without Prejudice in this action. A copy of said Order is attached hereto as Exhibit A.

Dated: October 25, 2005

David M. Gonden, Esq.
HOLLAND & KNIGHT LLP
Attorneys for Plaintiff
APPLIED DATA SYSTEMS, INC.

-1-

NOTICE OF MOTION FOR VOLUNTARY DISMISSAL

# PROOF OF SERVICE

***APPLIED DATA SYSTEMS, INC. V. UNILECT CORPORATION, AND JACK GERBEL***
United States District Court, Northern District, Case No. C 07-03550 BZ

I, the undersigned, hereby declare that I am over the age of 18 years and not a party to the above-captioned action; that my business address is 50 California Street, Suite 2800, San Francisco, CA 94111-4624.

On October 25, 2007, the following document(s) were served:

1. Notice of Entry of Order

on the parties to this action at the following address(es):

Mr. Jack Gerbel
President of Unilect Corporation
Unilect Corporation
P.O. Box 3026
Danville, CA 94526

Mr. Jack Gerbel, as an Individual
Unilect Corporation
P.O. Box 3026
Danville, CA 94526

☒ **(BY MAIL)** I caused a true copy of each document(s) to be placed in a sealed envelope with first-class postage affixed and placed the envelope for collection. Mail is collected daily at my office and placed in a United States Postal Service collection box for pickup and delivery that same day.

☐ **(BY FACSIMILE)** I caused a true copy of each document(s) to be transmitted by fax to the addressee(s) specifically identified as receiving a facsimile on the attached service list. The fax machine used complied with California Rules of Court §2003(3) and no error was reported.

☐ **(BY FEDERAL EXPRESS)** I caused a true and correct copy of each document to be placed in a sealed Federal Express Envelope, and picked up by FEDERAL EXPRESS, with whom this firm has an ongoing account and placed the envelope for collection. Federal Express is collected daily at my office.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed October 25, 2007, at San Francisco, California.

_____
Sophia Troosh

# 4886211_v1

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

# Exhibit A

10/25/2007 15:25 IFAX SYSTEM@HKLAW.COM → Sophia Troosh ☒004/004

Case 3:07-cv-03550-BZ    Document 13    Filed 10/25/2007    Page 4 of 4
Case 3:07-cv-03550-BZ    Document 12    Filed 10/22/2007    Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED DATA SYSTEMS, INC., a Maryland corporation, | Case No. C 07-03550 BZ |
| Plaintiff, | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| UNILECT CORPORATION, a California corporation; and JACK GERBEL, an individual, | |
| Defendants. | |

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE, WITHOUT PREJUDICE

THIS CAUSE came before the Court upon the Motion for Approval of Settlement Agreement and Voluntary Dismissal Without Prejudice With a Right to Reopen to Enforce the Terms of the Settlement Agreement and to Request the Court to Enter a Consent Judgment. IT IS HEREBY

ORDERED that the Motion is GRANTED. It is further

ORDERED that the Settlement Agreement is APPROVED. It is further

ORDERED that this action is dismissed without prejudice. It is further  until July 1, 2008

ORDERED that the Court will retain jurisdiction over this action to enforce the terms of the parties' Settlement Agreement and to enter a Consent Judgment, if necessary.

Dated  October 22, 2007

_____
United States District Judge

IT IS SO ORDERED
Judge Bernard Zimmerman

The hearing scheduled for October 31, 2007 at 10:00 a.m. is **VACATED**. No appearances are necessary.

# 4685319_v1

-1-
ORDER OF DISMISSAL